IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| James Decker, | * | |
| Plaintiff | * | Civil Action No. 11-787-GLL |
| vs. | * | |
| | * | |
| Educap, Inc., and Davis Davis | * | Judge Gary L. Lancaster |
| Attorneys, | * | |
| Defendants | * | |

ORDER OF COURT

And now, this /8 day of November 2011, pursuant to the joint motion of the parties, the attendance of the Plaintiff James Decker and the Defendant Educap, Inc., is excused from attending the meeting for the early neutral evaluation.

BY THE COURT:

_____
Judge Gary L. Lancaster